United STATES District Court
District of R.I.

Aug 31-006

CA No. 06 381 T

John Olivein
V
Judge Alice Gibney

Motion For Emergency STAY Relief order
To STAY all proceedings at Superior Court

at Hearing on this day Aug 31-006 at Superior Court
Court Refused stay Federal Court Jurisdiction denied on case an
appeal of Rights Violation by plaintiff
superior Court is granting defendants in STATE case
Tacktical advantage to get case dismissed
For Nonjoinder of parties By Rule 19 all because
plaintiff is moSE
trial is For Sept-4-06
plaintiff Request Emergency Relief

STAY all proceedings at Superior Court
until Federal Violation are addressed
if state case is dismissed plaintiff will Not Have
adequate Remedy of Redress

SEE Copy of Complaint atached
For Explanation of
Violations + jurisdiction

Respect Fully submitted
John Olivero 6 Wilson ST
Bristol RI 02809
tel 401 253 8971

Certification

CC to Judge Gallory on this day on Aug 31 006

To 250 Benefit St Prov RI 02903

John Olivira

Aug 31-006