**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOHN OLIVEIRA** | : | |
| | : | |
| **vs.** | : | **C. A. No. 06-381T** |
| | : | |
| | : | |
| **JUDGE ALICE GIBNEY** | : | |

## NOTICE OF APPEARANCE

I, Genevieve M. Allaire Johnson, Special Assistant Attorney General, hereby enter my appearance on behalf of the Defendant, The Honorable Justice Alice Gibney in the above-referenced matter.

Respectfully Submitted,

DEFENDANTS

By her Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Genevieve M. Allaire Johnson

Genevieve M. Allaire Johnson (Bar No. 5778)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 Extension 2298
(401) 222-2995 (fax)
gallaire@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing document was mailed first class, postage prepaid, on this 8th day of September, 2006, to John Oliveira, 6 Wilson Street, Bristol, RI 02809.

/s/ Genevieve M. Allaire Johnson