(Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of R.I.

John Olivia

V.

## SUMMONS IN A CIVIL CASE

Judge Alice Gibney

CASE NUMBER:

CA 06 381 T

TO: (Name and address of Defendant)

Judge Alice Gibney
250 Benefit St
Prov. R.I.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Olivia 6 Wilson St 13 sister R.I. 02809
Tel 401 253 8971

nswer to the complaint which is served on you with this summons, within ______________ days after service
iis summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
he relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
k of this Court within a reasonable period of time after service.

RK

DATE August 28, 2006

DEPUTY CLERK

(Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| of the Summons and complaint was made by me[1] | DATE August 29, 2006 |
| SERVER (PRINT) Alfred J. Harris Authorized Federal Process Server | TITLE Alfred J. Harris Authorized Federal Process Server |

k one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 250 Benefit St Providence R.I.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8-29-06
Date

*Signature of Server*

ALFRED J. HARRIS
[redacted]
P.O. BOX 1107
PAWTUCKET, RI 02862

*Address of Server*

8/29/06

FILED

2006 SEP -6 P 2:59

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.