United States District Court
District of Rhode Island

Attention to:
Majistrate Judge

C.A. No. 06-381T

Complaint for Relief Constitution Violation

FILED
SEP 6 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

John Oliveira

v

Judge Alice Gibney

Constitution Violation under guise of being clothed with Authority Prohibited by USCC 42-1983.

Plaintiff motion making court aware of excusable neglect in filing of summons into Court. Federal Court Server Alfred Harris mailed to wrong street address. Mail was returned to server.

Statement by server on telephone on 5th of September at 6:40 p.m. server stated, "Will deliver summons to Court on 6th of September 2006."

Respectfully submitted,

John Oliveira

John Oliveira
6 Wilson Street
Bristol, RI 02809
(401) 253-8971

cc: Judge Gibney, 250 Benefit Street, Providence, RI 02903

On this day of Sept-6-006

John Oliveira