UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN OLIVEIRA :

vs. : C.A. No. 06-381T

JUDGE ALICE GIBNEY :

PLAINTIFF'S OBJECTION MEMORANDUM AND REBUTTAL
TO DEFENDANT'S MOTION TO DISMISS
42-1983 VIOLATION OF PLAINTIFF'S RIGHTS

Plaintiff here by moves this Honorable Court deny Defendant's motion to dismiss by Federal Rules of Civil Procedure 12(b)(6).

FACTS AND TRAVEL OF CASE

Plaintiff's complaint is undisputed - there was a violation of Rule 19 and 33-23-8. This plaintiff's claim of facts and travel of case are true, in reviewing a motion of 12(b)(6) the court must favor the plaintiff. See 587A2d1055, also Nanez vs Ritger 304 F supp. 354.

STANDARD

This Honorable Court in reviewing a 12(b)(6) must take all well pleaded factual averments as true and not bald assertions and must favor this plaintiff. See 586 A2d 1055 also Nanez vs Ritger 304 F supp. 354.

This court's role is to determine plaintiff's complaint as fact not illusion.

## ARGUMENT

Judge Gibney was sued as an agent of Rhode Island - not for money for failure to discharge the law of State of Rhode Island, namely Rule 19 and 33-23-8 provided by US Constituiton US 14th Amendment (nor any state deny citizen equal protection of its laws). Judge Gibney did indeed violate this citizen's rights to State Laws.

Absent a state law that supercedes Rule 19 and Statute 33-23-8 Rules of Court of Laws have force of law. Judge Gibney an agent of State of Rhode Island clothed with state authority failed to discharge state rules and laws and did indeed violate this plaintiff's US Constitution 14th Amendment Rights as claimed in complaint. Defendant cites Stump vs Sparkman 435 US 349-98 1099.

A. Stump vs Sparkman not applicable. Stump was sued for money - not failure to discharge law.

B. Under US Supreme Court treatment - Stump case - Court stated Judge can be called as witness (not total immunity).

C. State court judge does not have absolute judicial immunity. Federal Courts have remanded numerous times for reconsideration and further proceedings.

## CONCLUSION

Plaintiff's objection rebuttal and facts are true to the best of plaintiff's knowledge and defendant's motion to dismiss is to be denied.

Respectfully submitted,

John Oliveira pro se

John Oliveira
6 Wilson Street
Bristol, RI 02809
(401) 253-8971

cc: Genevieve M. Allaire Johnson, 150 So. Main St., Prov., RI 02903
(401) 274-4400 Extension 2298

CERTIFICATION on this 20th day of September 2006, (by mail).

John Oliveira pro se