UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN OLIVEIRA :
VS. : C.A. No. 06-381T
JUDGE ALICE GIBNEY :

PLAINTIFF'S OBJECTION TO MAGISTRATE'S REPORT & RECOMMENDATIONS

Judges do not have absolute immunity in probate cases. Judges have to follow probate statutes. Plaintiff appeals to Clerk of U.S. District Court within ten days for hearing.

1. This case arises from concealed will. Plaintiff is heir to father's estate by concealed will.

2. U.S. Supreme Court has now recognized heirs have rights to seek Federal Court redress. See U.S. Supreme Court, Marshal vs Marshal No. 04-1544 (May 1, 2006).

3. Judge Gibney did violate her jurisdiction. Judge over ruled Rhode Island Supreme Court and Probate Statute 33-23-8. Allowed Attorney Fausto Anguilla to arbitrarily sign order and participate at hearing to join parties by Rule 19. Attorney Anguilla not agent for either party, under U.S. Supreme Court Dombrouski vs Pfister 380-US479 (1985). Courts have recornised appeal is not always a satisfactory remedy and citizen rights might seriously be violated (this plaintiff's rights are being violated by court report and recommendations.

4. Attorney Anguilla has not filed notice of entry at clerk's office per Judge Rubine's instructions; not on docket sheet.

5. See RI Supreme Court Spooner vs Tucker 78.RI 329.82.A2d. 162 (1951). Not to be allowed to enter arbitrarily Court allowed Anguilla to enter arbitrarily.

6. Judge Gibney has access to computer in her court room paid for by tax payers. Judge Gibney knew or should have known to check docket sheet on computer. Attorney Anguilla had not entered in case at clerk's office, nor is any entry on docket sheet.

7. Judges do not have absolute immunity to violate Canons of judicial conduct 3(b)(6). Gibney failed to discharge the law, Gibney failed to discharge judge's duty because of plaintiff's socio-economic standards. He is a pro se

8. All of the aforesaid are violations of jurisdiction and failure to discharge the law and duty, to violate this plaintiff's constitutional rights as claimed in original complaint, specifically not addressed by report and recommendation.

Respectfully submitted,

John Oliveira Pro SE

John Oliveira
6 Wilson Street
Bristol, RI 02809
(401) 253-8971

CERTIFICATION

Genevieve M. Allaire Johnson, Special Assistant Attorney General, 150 South Main St., Providence, RI 02903 - (401) 274-4400 X2298. on this 12 day of October 2006.

John Oliveira

John Oliveira