UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOHN OLIVEIRA

        v.                CA No. 06-381-T

JUDGE ALICE GIBNEY

## ORDER GRANTING MOTION TO DISMISS

Defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (Document No. 7) is hereby granted.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: Oct. 18, 2006