UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOHN OLIVEIRA

v. CA No. 06-381-T

JUDGE ALICE GIBNEY

**ORDER GRANTING MOTION TO DISMISS**

Defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (Document No. 7) is hereby granted.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Oct. 18, 2006